Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−27316−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele Hooper
   37 Morton Place
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9649

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/25/2017 and a confirmation hearing on such Plan has been scheduled for 11/15/2017.

The debtor filed a Modified Plan on 11/16/2017 and a confirmation hearing on the Modified Plan is scheduled for 12/20/2017 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 17, 2017
JAN: dmc

                                                          Jeanne Naughton
                                                          Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-27316-RG
Michele Hooper                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 17, 2017
                              Form ID: 186             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db             +Michele Hooper,    37 Morton Place,    East Orange, NJ 07017-1901
517030919      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aaron's Sales & Lease,     1015 Cobb Place Blvd. NW,
                 Kennesaw, GA 30144)
517030920      +Atlantic Ambulance Corporation,     110 Dorsa Avenue,   Livingston, NJ 07039-1003
517030921       Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517030925      +CMRE Financial Service,    3075 East Imperial Highway #200,    Brea, CA 92821-6753
517030922      +Capital One,   Attn: Bankruptcy,    PO Box 30253,   Salt Lake City, UT 84130-0253
517030923      +Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517030924      +Chase,   PO Box 15145,    Wilmington, DE 19850-5145
517030927      +Eastern Account System Inc.,    PO Box 837,   Newtown, CT 06470-0837
517113710      +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                 Greenville, South Carolina 29607-6583
517072982      +Gyn Cancer & Pelvic Surgery,    Attn: Paula Kaplan, Esq.,    55 Morris Ave. Ste 200,
                 Springfield, NJ 07081-1422
517030932      +Metabank-Ultra VX Visa,    6550 South Millrock,   Salt Lake City, UT 84121-2319
517030933      +Michael Melvin,   37 Morton Place,    East Orange, NJ 07017-1901
517030934      +Mid America Bank/Total C,    5109 South Broadband Lane,    Sioux Falls, SD 57108-2208
517088056      +Midnight Velvet,   c/o Creditors Bankruptcy Service,     P.O. Box 800849,   Dallas, TX 75380-0849
517030935       Midnight Velvet/Montgomery Ward,     1112 7th Avenue,   Monroe, WI 53566-1364
517030936      +Monterey Financial Services, LLC,     4095 Avenida De La Plata,   Oceanside, CA 92056-5802
517088073      +Montgomery Ward,   c/o Creditors Bankruptcy Service,     P.O. Box 800849,   Dallas, TX 75380-0849
517030937      +Nations Direct Mortgage,    1 Corporate Drive Suite 360,    Lake Zurich, IL 60047-8945
517030938       Paula G. Kaplan, Attorney at Law,     55 Morris Avenue Suite 200,   P.O. Box 96,
                 Springfield, NJ 07081-0096
517030939       Spot Loan,   P.O. Box 927,    Palatine, IL 60078-0927
517030940       Total VISA,   P.O. Box 5220,    Sioux Falls, SD 57117-5220
517030941      +Verizon,   Verizon Wireless Bankruptcy Admin.,    500 Technology DriveSuite 500,
                 Weldon Springs, MO 63304-2225
517030942      +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Technology Dr Suite 500,
                 Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2017 23:30:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2017 23:30:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517037854      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 17 2017 23:26:43
                 Capital One Auto Finance,    Ascension Capital Group,   P.O. Box 165028,
                 Irving, TX 75016-5028
517070323      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 17 2017 23:26:29
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
517030926      +E-mail/Text: mrdiscen@discover.com Nov 17 2017 23:30:01      Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
517030928      +E-mail/Text: bnc-bluestem@quantum3group.com Nov 17 2017 23:31:19      Fingerhut,
                 6250 Ridgewood Road,    St. Cloud, MN 56303-0820
517030930      +E-mail/Text: bankruptcygpl@greatplainslending.com Nov 17 2017 23:31:07      Great Plains Lending,
                 1050 East 2nd Street Box 500,    Edmond, OK 73034-5313
517030931      +E-mail/Text: HWIBankruptcy@hunterwarfield.com Nov 17 2017 23:30:40      Hunter-Warfield,
                 4620 Woodland Corporate Boulevard,    Tampa, FL 33614-2415
517133547      ++E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2017 23:38:51      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance,    Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
517030918*     ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aaron's Sales & Lease,    Attn: Bankruptcy,
                 309 East Paces Ferry Road NE,    Atlanta, GA 30305)
517046872*     +Capital One Auto Finance,    Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
517030929      ##+Global Lending Service,    5 Concourse Parkway NE,   Atlanta, GA 30328-7104
                                                                                     TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Nov 17, 2017
                              Form ID: 186             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:

```
              Arthur David Malkin    on behalf of Debtor Michele  Hooper arthur.malkin@uprightlaw.com
              Denise E. Carlon    on behalf of Creditor   Global Lending Services LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Global Lending Services LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```