Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−27316−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele Hooper
   37 Morton Place
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−9649

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 22, 2017
JAN: rah

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-27316-RG
Michele Hooper                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: 148             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.
```
db         +Michele Hooper,    37 Morton Place,    East Orange, NJ 07017-1901
517030920  +Atlantic Ambulance Corporation,    110 Dorsa Avenue,    Livingston, NJ 07039-1003
517030921   Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517030925  +CMRE Financial Service,    3075 East Imperial Highway #200,    Brea, CA 92821-6753
517030923  +Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,   PO Box 30285,
             Salt Lake City, UT 84130-0285
517030927  +Eastern Account System Inc.,    PO Box 837,    Newtown, CT 06470-0837
517113710  +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
             Greenville, South Carolina 29607-6583
517072982  +Gyn Cancer & Pelvic Surgery,    Attn: Paula Kaplan, Esq.,    55 Morris Ave. Ste 200,
             Springfield, NJ 07081-1422
517030932  +Metabank-Ultra VX Visa,    6550 South Millrock,    Salt Lake City, UT 84121-2319
517030933  +Michael Melvin,    37 Morton Place,    East Orange, NJ 07017-1901
517030934  +Mid America Bank/Total C,    5109 South Broadband Lane,    Sioux Falls, SD 57108-2208
517088056  +Midnight Velvet,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517030935   Midnight Velvet/Montgomery Ward,    1112 7th Avenue,    Monroe, WI 53566-1364
517030936  +Monterey Financial Services, LLC,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802
517088073  +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517030937  +Nations Direct Mortgage,    1 Corporate Drive Suite 360,    Lake Zurich, IL 60047-8945
517030938   Paula G. Kaplan, Attorney at Law,    55 Morris Avenue Suite 200,    P.O. Box 96,
             Springfield, NJ 07081-0096
517030940   Total VISA,    P.O. Box 5220,    Sioux Falls, SD 57117-5220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 22:41:42    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 22:41:40    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517030919   EDI: AAEO.COM Nov 22 2017 22:28:00    Aaron's Sales & Lease,    1015 Cobb Place Blvd. NW,
             Kennesaw, GA 30144
517030918   EDI: AAEO.COM Nov 22 2017 22:28:00    Aaron's Sales & Lease,    Attn: Bankruptcy,
             309 East Paces Ferry Road NE,    Atlanta, GA 30305
517030922  +EDI: CAPITALONE.COM Nov 22 2017 22:28:00    Capital One,    Attn: Bankruptcy,    PO Box 30253,
             Salt Lake City, UT 84130-0253
517037854  +EDI: AISACG.COM Nov 22 2017 22:28:00    Capital One Auto Finance,    Ascension Capital Group,
             P.O. Box 165028,    Irving, TX 75016-5028
517070323  +EDI: AISACG.COM Nov 22 2017 22:28:00    Capital One Auto Finance, c/o Ascension Capital Gr,
             P.O. Box 201347,    Arlington, TX 76006-1347
517030924  +EDI: CHASE.COM Nov 22 2017 22:28:00    Chase,    PO Box 15145,    Wilmington, DE 19850-5145
517030926  +EDI: DISCOVER.COM Nov 22 2017 22:28:00    Discover Financial,    PO Box 3025,
             New Albany, OH 43054-3025
517030928  +EDI: BLUESTEM Nov 22 2017 22:28:00    Fingerhut,    6250 Ridgewood Road,
             St. Cloud, MN 56303-0820
517030930  +E-mail/Text: bankruptcygpl@greatplainslending.com Nov 22 2017 22:42:08    Great Plains Lending,
             1050 East 2nd Street Box 500,    Edmond, OK 73034-5313
517030931  +E-mail/Text: HWIBankruptcy@hunterwarfield.com Nov 22 2017 22:41:45    Hunter-Warfield,
             4620 Woodland Corporate Boulevard,    Tampa, FL 33614-2415
517183931   EDI: PRA.COM Nov 22 2017 22:28:00    Portfolio Recovery Associates, LLC,
             c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
517030939   EDI: BLUECHIP.COM Nov 22 2017 22:28:00    Spot Loan,    P.O. Box 927,    Palatine, IL 60078-0927
517133547  +EDI: AIS.COM Nov 22 2017 22:28:00    Verizon,    by American InfoSource LP as agent,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517030942  +EDI: VERIZONEAST.COM Nov 22 2017 22:28:00    Verizon,
             Verizon Wireless Bankruptcy Administrati,    500 Technology Dr Suite 500,
             Weldon Springs, MO 63304-2225
517030941  +EDI: VERIZONEAST.COM Nov 22 2017 22:28:00    Verizon,    Verizon Wireless Bankruptcy Admin.,
             500 Technology DriveSuite 500,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 17
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Capital One Auto Finance,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
517046872* +Capital One Auto Finance,    Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
517030929  ##+Global Lending Service,    5 Concourse Parkway NE,    Atlanta, GA 30328-7104
                                                                                           TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: 148             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Arthur David Malkin    on behalf of Debtor Michele   Hooper arthur.malkin@uprightlaw.com
              Denise E. Carlon    on behalf of Creditor    Global Lending Services LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```